447 A.2d 638

Commonwealth ex rel. Harner v. Harner.

Appeal of Sandra Harner.

Submitted January 26, 1981.   Lester Krasno, for appellant; John T. Pfeiffer, III, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.

447 A.2d 638

Commonwealth v. Harris, Jr., Appellant.

Submitted November 6, 1981.   Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.